IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AMERICAN BOOKSELLERS FOUNDATION
FOR FREE EXPRESSION, et al.,
:
        Plaintiffs,
:
      vs.                               Case No. 3:02cv210
:
TED STRICKLAND, et al.,        JUDGE WALTER HERBERT RICE
:
        Defendants.

---

DECISION AND ENTRY CARRYING OUT ORDER OF REMAND FROM SIXTH CIRCUIT COURT OF APPEALS; PERMANENT INJUNCTION VACATED; JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFFS HEREIN; MOTIONS FOR ATTORNEYS FEES AND COSTS (DOCS. #66 AND #107) OVERRULED AS MOOT; TERMINATION ENTRY

---

Pursuant to the April 15, 2010, Order of Remand of the United States Court of Appeals for the Sixth Circuit, the permanent injunction previously issued by this Court is vacated and final judgment entered in favor of Defendants and against Plaintiffs herein.

As the result of this Court's ruling above, the initial Motion of Plaintiffs, seeking attorneys fees and costs (Doc. #66) (sustained by this Court, without quantification, at Doc. #103) and second Motion for Attorneys Fees and Costs (Doc. #107) are, each in their entirety, overruled as moot. To the extent necessary, this Court's decision sustaining the initial Motion for Attorneys Fees

(Doc. #103), while deferring quantification of same, is vacated.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

|  |  |
|---|---|
|  | /s/ Walter Herbert Rice |
| May 25, 2010 | WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies to:

All Counsel of Record